JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, | ) Case No. CV 15-0599-MMM (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| SANDRA ALFARO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Habeas Petition Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 29, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE